UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INSURATIVE PREMIUM FINANCE (JERSEY) LIMITED, | ) ) ) ) | |
| Plaintiff/Defendant in Counterclaim, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 12-10642-NMG |
| DEUTSCHE BANK SECURITIES, INC. | ) ) ) | |
| Defendant. and | ) ) ) | |
| KARL E. HAHN, | ) ) ) ) | |
| Defendant/Plaintiff in Counterclaim | ) ) ) ) | |

REPORT AND RECOMMENDATION ON DEFENDANT DEUTSCHE BANK
SECURITIES INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT

December 18, 2012

SOROKIN, C.M.J.

The Plaintiff, Insurative Premium Finance (Jersey) Limited ("Insurative"), is a life

insurance premium finance and lending company. Docket # 1 at ¶ 10.  It brings suit against the

Defendants Deutsche Bank Securities, Inc. ("DBS") and Karl E. Hahn ("Hahn"), alleging inter

alia that Hahn (an employee of DBS) issued two fraudulent documents signed by him on behalf

of DBS and intended to induce Insurative to lend to clients of Hahn the funds necessary for them

to finance substantial insurance premiums for policies insuring their lives. Id. at ¶¶ 1-2.  When

*After consideration of plaintiff's objection (Docket No. 44), defendants' opposition (Docket No. 50) and plaintiff's reply (Docket No. 54) thereto, Report and Recommendation is accepted and adopted.*

*NLMGorton, USDJ 3/21/13*